UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1207 JVS (ANx) | Date | November 2, 2009 |
| Title | Hine v. Downey Savings and Loan Association | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**   (In Chambers)  Order to Show Cause re Jurisdiction

      Defendant U.S. Bank National Association, as successor in interest to the Federal Deposition Insurance Corporation ("U.S. Bank"), removed the present action from the Superior Court of the State of California, County of Orange, invoking federal question jurisdiction, 28 U.S.C. § 1331.  (Notice of Removal, ¶ 1.)

      Plaintiffs Richard Hine *et al.* (collectively "Hine") have pled only California common law and statutory claims.  Hine asserts no federal claim; he makes no reference to the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.,* or any other federal statute.

      While there may be some overlap between the claims which Hine has pled and a possible TILA claim which he has not pled, Hine has not pled such a claim.  Generally, a plaintiff is entitled to be the master of his complaint, and if he so chooses, he may seek relief only under state statutory or common law.  Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).

      U.S. Bank is ordered to show cause in writing within ten days why this case should not be remanded to state court for want of jurisdiction.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | kjt |